**Dismissed and Opinion Filed September 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01151-CR

---

**SAMUEL FRANCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-41032-M**

---

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Whitehill

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
151151F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

SAMUEL FRANCO, Appellant

No. 05-15-01151-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-41032-M.
Opinion delivered per curiam before Justices Lang, Evans, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 28th day of September, 2015.